UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BICK, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-05538-HSG<br><br>**ORDER OF DISMISSAL** |

On August 10, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not paid the filing fee or submitted a complete *in forma pauperis* application. Dkt. No. 6. Plaintiff was instructed to respond within twenty-eight days of the date of the order. Dkt. No. 6. The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice.[1]

　　Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months.

//

//

---

[1] Plaintiff argues that he should be granted leave to proceed *in forma pauperis* in this action because he has been previously granted leave to proceed *in forma pauperis* in other actions in other courts. Dkt. No. 2. The Court looks to a plaintiff's financial status at the time the action is filed to determine whether plaintiff is entitled to proceed *in forma pauperis* in the action before it. Whether other courts have previously granted plaintiff leave to proceed *in forma pauperis* has no bearing on the Court's decision.

1  The Clerk shall enter judgment and close the file.  All pending motions are DENIED as
2 moot.
3  **IT IS SO ORDERED.**
4 Dated:  9/28/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge