UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH BICK, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-05538-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/28/2020

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge